■ In the Matter of HENRI FREUDMANN, Deceased. DENISE F. JOSELSON et al.; MARK LINKER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 9, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered on December 5, 1961, is vacated. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ JAFFE TRADING CORPORATION v. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al.— Motion to dismiss appeal denied without prejudice to a renewal at the time of argument. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY P. BUCHANAN.— Motion to dismiss appeal denied on the authority of People v. Waterman (11 A D 2d 622); People v. Sullivan (3 N Y 2d 196, 199); People v. Shaw (1 N Y 2d 30) and People v. Kronick (308 N. Y. 866). Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSE LOPEZ.— Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HEWLETT BRISTOL.— Motion for reargument denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ANDREW B. CHURA v. NEW YORK CITY HOUSING AUTHORITY et al.— Motion for leave to appeal to the Court of Appeals denied without prejudice, however, to a motion for leave to appeal from a final judgment dismissing the complaint, if defendant is so advised. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ STELL MANUFACTURING CORPORATION et al. v. CENTURY INDUSTRIES, INC., et al.— Motion for reargument denied, without prejudice to a motion to sever as to the dismissed causes of action. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROGER WILLIAMS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY JOHNSON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY WINEFIELD. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES OREE. (E) THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD WARD. (F) THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO. (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BERNARD ROBERTS.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES GOTTLIEB.— Motion for an enlargement of time granted insofar as to extend the time for appellant to serve and file his appellant's points on or before January 9, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.